## Commonwealth *v.* Morris, Appellant.

Submitted April 14, 1971. *Stephen N. Lipton,* and *Wallace and*

*Lipton,* for appellant; *Joseph E. Kovach,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.